**Order entered July 14, 2016**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-15-01167-CR

### MICAH MERRITT, Appellant

### V.

### THE STATE OF TEXAS, Appellee

**On Appeal from the 283rd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. F-1500493-T**

## ORDER

The Court has before it the July 13, 2016 letter of appellate counsel updating the Court on the status of appellant's brief. In the letter, counsel states she was waiting for volume 5 of the court reporter's record and believes she will complete the brief "within a couple of weeks." We will treat the July 13, 2016 letter as a motion to extend time. We **GRANT** appellant's motion and **ORDER** appellant's brief filed no later than **August 12, 2016**.

/s/      ADA BROWN
          JUSTICE